## CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Chief Magistrate Judge Steven M. Gold |
| **DATE:** | October 13, 2015 |
| **TIME:** | 11:00 A.M. |
| **DOCKET NUMBER(S):** | CV-15-4146 (JG) |
| **NAME OF CASE(S):** | MONDAL V. PUJA RESTAURANT INC. ET AL |
| **FOR PLAINTIFF(S):** | Kirschenbaum |
| **FOR DEFENDANT(S):** | Granovsky |
| **NEXT CONFERENCE(S):** | OCTOBER 22, 2015 AT 12:00 P.M., IN-PERSON (See Rulings Below) |
| **FTR/COURT REPORTER:** | N/A |

**RULINGS FROM INITIAL CONFERENCE:**

THE COURT WILL HOLD A SETTLEMENT CONFERENCE AT 12 NOON ON OCTOBER 22, 2015. PRINCIPALS WITH FULL SETTLEMENT DECISION-MAKING AUTHORITY, TOGETHER WITH ANY REQUIRED INTERPRETERS, MUST BE PRESENT THROUGHOUT THE CONFERENCE.