# CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Chief Magistrate Judge Steven M. Gold |
| **DATE:** | October 22, 2015 |
| **TIME:** | 12:00 P.M. |
| **DOCKET NUMBER(S):** | CV-15-4146 (JG) |
| **NAME OF CASE(S):** | MONDAL V. PUJA RESTAURANT INC. ET AL |
| **FOR PLAINTIFF(S):** | Nussbaum with plaintiff |
| **FOR DEFENDANT(S):** | Granovsky with Kumar and co-principal Malhotra |
| **NEXT CONFERENCE(S):** | (See Rulings Below) |
| **FTR/COURT REPORTER:** | 12:56-1:03 |

**RULINGS FROM SETTLEMENT CONFERENCE:**

Case settled.

Terms stated and agreed to on the record.

Having presided at the conference where the settlement was reached, and having reviewed the settlement terms with the parties on the record, I find that "the agreement reflects a reasonable compromise of disputed issues [rather] than a mere waiver of statutory rights brought about by an employer's overreaching." Le v. SITA Information Networking Computing, USA, Inc., 2008 WL 724155 (E.D.N.Y. Mar. 13, 2008)(internal quotations and citation omitted). See also Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199 (2d Cir. 2015). The settlement is therefore approved.

Counsel indicated they will submit a consent form agreeing to the reassignment of this case to the undersigned for all purposes, at which point, the case will be dismissed with prejudice and the Clerk will be respectfully requested to close the case.